**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Miyo Abas Mohamed, et al.,

      Plaintiffs,                    Civil No. 08-5341 (RHK/AJB)

vs.                              **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Denise Frazier, et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  October 7, 2008

                                              s/Richard H. Kyle.
                                            RICHARD H. KYLE
                                            United States District Judge